ACCEPTED
14-14-00860-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/20/2015 9:18:55 AM
CHRISTOPHER PRINE
CLERK

NO. 14-14-00860-CV

IN THE COURT OF APPEALS
FOURTEENTH DISTRICT OF TEXAS
AT HOUSTON, TEXAS

DEBRA V. JENNINGS, ESQ. and DEBRA V. JENNINGS, P.L.L.C.
Appellant

v.

AMERICAN ASSET FINANCE, L.L.C.
Appellee

ON APPEAL FROM THE COUNTY COURT
LAW NO. FOUR OF HARRIS COUNTY, TEXAS
TRIAL CAUSE NO. 1030758-401

## MOTION FOR EXTENSION OF TIME TO FILE APPELLE'S BRIEF

Appellee, American Asset Finance, L.L.C., files this motion for extension of time to file their brief

and in support say as follows:

1. The present deadline for Appellee to file their reply brief is May 21, 2015.

2. Appellee requests a 21-day extension to file its reply brief to June 12, 2015.

3. Appellee's attorney requires additional time to review all records and complete the research necessary to file a brief in this case.

4. There have been no previous extensions granted regarding this item.

WHEREFORE, Appellee requests the court to extend the time for filing of their brief to June 12, 2015, and grant Appellee all other relief at law or in equity to which the court deems they may be justly entitled.

Respectfully submitted,

**TOTZ ELLISON & TOTZ, P.C.**

By: _____

**ANDREW B. TOTZ**
TBA # 24004958
2211 Norfolk, Suite 510
Houston, Texas 77098
Phone: 713-275-0305
Fax: 713-275-0306
Email: atotz@tetlegal.com

**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Motion for Extension of Time to File Appellee's Brief was served on Appellant through its counsel, via facsimile on the ____40____day of May, 2015, as follows:

*Via Facsimile No. 832/442-3700*
Debra V. Jennings
Debra V. Jennings, P.L.L.C.
14090 Southwest Freeway, Suite 300
Sugar Land, TX 77478

_____
ANDREW B. TOTZ